**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

MICHAEL JOHNSON and
KARLA JOHNSON,

    Plaintiffs,

v.                                                               Case No:  5:15-cv-85-Oc-30PRL

THOR MOTOR COACH, INC., a
foreign profit corporation,

    Defendant.
_____/

# **ORDER**

THIS CAUSE comes before the Court upon Defendant Thor Motor Coach, Inc.'s Unopposed Motion in Limine to Preclude Plaintiffs from Eliciting Evidence of "Repaired" Defects (Doc. 41).

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Defendant Thor Motor Coach, Inc.'s Unopposed Motion in Limine to Preclude Plaintiffs from Eliciting Evidence of "Repaired" Defects (Doc. 41) is GRANTED.

2. At trial, Plaintiffs may not

    A.  reference or attempt to introduce testimony or documentary evidence about "repaired" concerns on the subject recreational vehicle (the "RV"), i.e., any concerns except for the slide-out room; or

      B.  elicit evidence regarding service time on "repaired" concerns and the entire service history of the RV.

3.  Plaintiffs shall redact from their trial exhibits all references and information regarding "repaired" concerns.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of March, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record